IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

KENNETH E. BROWN                                                                  PLAINTIFF

V.                                            3:07CV00082 GTE

MIKE RICHARDSON, Investigator, Prosecuting
Attorney's Office; BRUCE HARLAN, Prosecuting
Attorney; JOHN FOGELMAN, Circuit Court Judge;
DAVID BURNETTE, Circuit Court Judge; JOHN
BRADLEY, Public Defender; and MIKKE MARSHALL
Public Defender                                                                   DEFENDANTS

## **JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and

ADJUDGED that this case be DISMISSED WITH PREJUDICE. Furthermore, the Court certifies,

pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal taken from this Judgment and

the accompanying Order would not be taken in good faith.

DATED this 25th day of June, 2007.


　　　　　　　　　　　　　　　　　　　　　 /s/ Garnett Thomas Eisele
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE